UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HANNUM et al., | No.  2:26-cv-01895-DAD-AC |
| Plaintiffs, | |
| v. | ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| SELECT PORTFOLIO SERVICING, INC., | |
| Defendant. | |

On May 27, 2026, the court issued an order granting plaintiffs' *ex parte* application for a temporary restraining order.  (Doc. No. 9.)  In that order, the court enjoined defendant from conducting a trustee sale of the real property located at 6705 Barton Road, Granite Bay, CA 95746 (the "Property") and directed the parties to meet and confer and submit a joint proposed briefing schedule on plaintiffs' anticipated motion for preliminary injunction.  (*Id.*)  On June 18, 2026, the parties filed a joint stipulation and proposed briefing schedule as to plaintiffs' anticipated motion for preliminary injunction.  (Doc. No. 10.)

In that stipulation, the parties have requested that the court's prior order granting plaintiffs' motion for temporary restraining order remain in full effect through the date of the hearing on an order to show cause as to why a preliminary injunction should not be granted in this action. (*Id.*  at 2.)  The parties have further agreed that plaintiffs' *ex parte* application for a

1

temporary restraining order shall serve as the moving papers for plaintiffs' motion for preliminary injunction.  (*Id.*)  The parties have also requested a hearing date of July 20, 2026 for plaintiffs' motion for preliminary injunction.  However, the court's availability forecloses the possibility of holding a hearing on plaintiffs' motion any earlier than August 10, 2026.  Accordingly, the court will set a hearing on plaintiffs' motion for August 10, 2026.  Having considered the parties' stipulation, the court sets the following briefing schedule on plaintiffs' motion for preliminary injunction:

1.  Plaintiffs' *ex parte* application for temporary restraining order filed on May 22, 2026 (Doc. No. 4) shall serve as the moving papers for plaintiffs' motion for preliminary injunction;

2.  Defendant shall file an opposition to plaintiffs' motion for preliminary injunction by July 2, 2026;

3.  Plaintiffs shall file a reply in support of the motion for preliminary injunction by July 13, 2026;

4.  The court SETS a hearing on plaintiffs' motion for preliminary injunction for August 10, 2026 at 1:30 p.m. before District Judge Dale A. Drozd by Zoom; and

5.  The court's prior order issued on May 27, 2026 (Doc. No. 9) shall remain in full effect through August 10, 2026.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2